| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz, SBN 91670<br>Daniel Leibowitz, SBN 258466<br>LEIBOWITZ LAW GROUP<br>4050 Katella Avenue, Suite 201<br>Los Alamitos, CA 90720<br>Tel: (562) 430-6002; Fax (562) 430-8187<br>Email: attorneygary@gmail.com |  |
| Attorney for Candice Marie Cobarrubias | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>COBARRUBIAS, CANDICE MARIE<br><br>Debtor. | |
|---|---|
| COBARRUBIAS, CANDICE MARIE<br><br>Plaintiff(s), | CHAPTER 13<br>CASE NUMBER 2:10-bk-33516-VZ |
| vs.<br>JPMORGAN CHASE BANK<br><br>Defendant(s). | ADVERSARY NUMBER 2:10-ap-02240-VZ<br><br>(No Hearing Required) |

# REQUEST FOR ENTRY OF DEFAULT UNDER
# LOCAL BANKRUPTCY RULE 7055-1

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1. Name of Defendant against whom default is sought *(Name)*: JPMORGAN CHASE BANK

2. Plaintiff filed the Complaint in the above-captioned proceeding on *(specify date)*: 7/9/10

3. The Summons and Complaint were served on Defendant by ☐ Personal Service  ☒ Mail Service
   on the following date *(specify date)*: 7/13/10

4. A conformed copy of the completed Return of Summons form is attached hereto.

5. The time for filing an Answer or other response expired on *(specify date)*: 8/9/10

6. No Answer or other response has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the Clerk of the Court enter the default of Defendant.

Dated: 9/15/10

| Default entered on *(specify date)*: 9-17-10<br>KATHLEEN J. CAMPBELL<br>Clerk of Court<br>By: /s/<br>Deputy Clerk | Respectfully submitted,<br>LEIBOWITZ LAW GROUP<br>Firm Name<br>By: /s/<br>Name: GARY LEIBOWITZ<br>Attorney for Plaintiff or Plaintiff |
|---|---|

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010                                                                                                         F 7055-1.1

## Complaint/Summons:

2:10-ap-02240-VZ Cobarrubias v. JPMorgan Chase Bank
Type: ap                      Office: 2 (Los Angeles)           Judge: VZ
Lead Case: 2-10-bk-33516      Case Flag: NoFeeRequired

### U.S. Bankruptcy Court

### Central District Of California

Notice of Electronic Filing

The following transaction was received from Leibowitz, Gary entered on 7/13/2010 at 11:14 AM PDT and filed on 7/13/2010
**Case Name:**         Cobarrubias v. JPMorgan Chase Bank
**Case Number:**       2:10-ap-02240-VZ
**Document Number:** 3

**Docket Text:**
Summons Service Executed on Candice Marie Cobarrubias 7/13/2010 (Leibowitz, Gary)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Summons Cob.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1106918562 [Date=7/13/2010] [FileNumber=36212631-0] [08e58f73af2443aba4dc09638397baed284243e4b00cb3f46865d5d7413404406e aecf77eabd47cbdb4a15b8880157e00fd1b3c45fe58c14a82990f4c223ae61]]

**2:10-ap-02240-VZ Notice will be electronically mailed to:**

Nancy K Curry
ecfnc@trustee13.com

Gary Leibowitz on behalf of Plaintiff Candice Cobarrubias
attorneygary@gmail.com

United States Trustee (LA)
ustpregion16.la.ecf@usdoj.gov

**2:10-ap-02240-VZ Notice will not be electronically mailed to:**

JPMorgan Chase Bank
1111 Polaris Parkway
Columbus, OH 43240

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Gary Leibowitz<br>The Law Office of Gary Leibowitz<br>4050 Katella Ave Ste 201<br>Los Alamitos, CA 90720<br>562-430-6002<br>Fax : 562-430-8187<br>Email: attorneygary@gmail.com<br><br>*Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br>Candice Marie Cobarrubias<br><br>Debtor. | CHAPTER 13<br><br>CASE NUMBER 2:10-bk-33516-VZ<br><br>ADVERSARY NUMBER 2:10-ap-02240-VZ |
|---|---|
| Candice Marie Cobarrubias                                Plaintiff(s),<br><br>vs.<br><br>JPMorgan Chase Bank                                Defendant(s). | *(The Boxes and Blank Lines below are for the Court's Use Only) (Do Not Fill Them In)*<br><br>**SUMMONS AND NOTICE OF STATUS CONFERENCE** |

TO THE DEFENDANT: A Complaint has been filed by the Plaintiff against you. If you wish to defend yourself, you must file with the Court a written pleading, in duplicate, in response to the Complaint. You must also send a copy of your written response to the party shown in the upper left-hand corner of this page. Unless you have filed in duplicate and served a responsive pleading by ___8/09/2010___, the Court may enter a judgment by default against you for the relief demanded in the Complaint.

A Status Conference on the proceeding commenced by the Complaint has been set for:

| **Hearing Date:** 09/09/2010 | **Time:** 10:00 am | **Courtroom:** 1368 | **Floor:** 13th |
|---|---|---|---|

☒ **255 East Temple Street, Los Angeles**      ☐ 411 West Fourth Street, Santa Ana

☐ 21041 Burbank Boulevard, Woodland Hills    ☐ 1415 State Street, Santa Barbara

☐ 3420 Twelfth Street, Riverside

PLEASE TAKE NOTICE that if the trial of the proceeding is anticipated to take less than two (2) hours, the parties may stipulate to conduct the trial of the case on the date specified, instead of holding a Status Conference. Such a stipulation must be lodged with the Court at least two (2) Court days before the date set forth above and is subject to Court approval. The Court may continue the trial to another date if necessary to accommodate the anticipated length of the trial.

Date of Issuance: 07/09/10

**KATHLEEN J. CAMPBELL**
**Clerk of Court**

By: ___William C Kaaumoana___
*Deputy Clerk*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

February 2010 (COA-SA)                                                                                                    F 7004-1

| In re:<br>Cobarrubias, Candice<br>Debtor(s). | CHAPTER 13<br>CASE 2:10-AP-02240-VZ |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4050 Katella Ave., Ste. 201, Los Alamitos, CA 90720

A true and correct copy of the foregoing document described SUMMONS AND NOTICE OF STATUS CONFERENCE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 07/13/10 checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

United States Trustee, ustpregion16.la.ecf@usdoj.gov
Chapter 13 Trustee, Nancy Curry, ecfnc@trustee13.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On 7/13/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/13/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

The Honorable Vincent Zurzolo

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/13/10 | Daniel Leibowitz | _[signature]_ |
|---|---|---|
| Date | Type Name | Signature |

VIA CERTIFIED RETURN RECEIPT US MAIL

| In re:<br>Cobarrubias, Candice | CHAPTER 13 |
|---|---|
| Debtor(s). | CASE 2:10-AP-02240-VZ |

JPMORGAN CHASE BANK
ATTN: OFFICER OR MANAGING AGENT
C/O CT CORPORATION SYSTEM
818 W. SEVENTH ST.
LOS ANGELES, CA 90017

JPMORGAN CHASE BANK
ATTN: OFFICER OR MANAGING AGENT
1111 POLARIS PARKWAY
COLUMBUS OH 43240

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 2*     **F 7055-1.1**

| In re CANDICE MARIE COBARRUBIAS | CHAPTER 13 |
|---|---|
| Debtor. | CASE NO.: 2:10-bk-33516-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4050 Katella Ave., Ste 201
Los Alamitos, CA 90720

A true and correct copy of the foregoing document described as Request for Entry of Default Under Local Bankruptcy Rule 7055-1 _____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 9/1/10 _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
United States Trustee, ustpregion16@usdoj.gov
Chapter 13 Trustee, Nancy Curry, ecfnc@trustee13.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL (indicate method for each person or entity served):**
On 9/1/10 _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 9/1/10 _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method) by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
The Honorable Vincent Zurzolo

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/1/10 | Daniel Leibowitz | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                    **F 7055-1.1**

Request for Entry of Default Under Local Bankruptcy Rule 9021-1 - *Page 3*    **F 7055-1.1**

| In re CANDICE MARIE COBARRUBIAS | CHAPTER 13 |
|---|---|
| Debtor. | CASE NO.: 2:10-bk-33516-VZ |

**ADDITIONAL SERVICE INFORMATION** (if needed):

VIA CERTIFIED MAIL

DEFENDANT:

JPMORGAN CHASE BANK
ATTN: OFFICER OR MANAGING AGENT
818 W SEVENTH ST.
LOS ANGELES, CA 90017


JPMORGAN CHASE BANK
ATTN: OFFICER OR MANAGING AGENT
1111 POLARIS PARKWAY
COLUMBUS, OH 43240

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    **F 7055-1.1**